UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>DORA MAY VELARDE-MARTINEZ,(02)<br><br>            Defendant. | CASE NO. 11CR2756-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    Conspiracy, Bringing in Illegal Aliens for Financial Gain; Aiding and Abetting, Bringing in Illegal Aliens Without Presentation; Aiding and Abetting.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/23/11

_____
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE